JAE LEE, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 14-5369

United States Court of Appeals, Sixth Circuit.

Decided and Filed: July 7, 2017

Before: NORRIS, BATCHELDER, and SUTTON, Circuit Judges.

## ORDER

ALICE M. BATCHELDER, Circuit Judge.

In light of the Supreme Court's decision in *Lee v. United States*, —— U.S. ——, 137 S.Ct. 1958, 198 L.Ed.2d 476 (2017), we hereby VACATE the judgment of the district court and REMAND for further proceedings consistent with the opinion of the Supreme Court.